UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

THE CITY OF NEW YORK and THE PEOPLE OF THE
STATE OF NEW YORK,

         Plaintiffs,      Civ. Nos. 13-cv-9173-ER-KNF

     -against-         **NOTICE OF MOTION**

FEDEX GROUND PACKAGE SYSTEM, INC. and
FEDERAL EXPRESS CORP.,

         Defendants.

-------------------------------------------------------------------- x

    **PLEASE TAKE NOTICE,** that on the Declaration of Eric Proshansky dated July 16, 2015, and the accompanying Memorandum of Law, on a date to be determined by the Court, plaintiffs the City of New York and The People Of The State Of New York will move this Court for an order, pursuant to Federal Rule of Civil Procedure 12(f), dismissing the Fourth, Fifth, Sixth, Eighth, Tenth, Eleventh, Twelfth, Thirteenth, Fifteenth, Seventeenth, Eighteenth, and Twenty-third Affirmative Defenses set forth in the Answer of Defendant FedEx Ground Package System, Inc. and for such other and further relief as the Court deems necessary.

Dated:  New York, New York
        July 16, 2015

        ZACHARY W. CARTER
        Corporation Counsel of the
         City of New York
        Attorney for Plaintiff the City of New York
        100 Church Street, Room 20-99
        New York, New York 10007
        (212) 356-2032

        By:   /s/ Eric Proshansky
               Eric Proshansky (EP 1777)
               Leonard Braman (LB 4381)
               Assistant Corporation Counsel

        ERIC T. SCHNEIDERMAN
        Attorney General of the State of New York
        Attorney for Plaintiff State of New York
        120 Broadway, 3rd floor
        New York, New York 10271
        (212) 416-6699

        By:   /s/ Dana Biberman
               Dana Biberman (DB 9878)
               Sandra Pullman (SP 7722)
               Joshua Sprague (JS 8789)
               Assistant Attorneys General