# PLAINTIFFS' LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL UNDISPUTED FACTS

# FILED UNDER SEAL