

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ACTING ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
HEALTH CARE BUREAU

Brant Campbell
Brant.Campbell@ag.ny.gov

May 22, 2018

**Via ECF**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

RE: *The City of New York and The People of the State of New York v. FedEx Ground Package System, Inc.*, No. 13-cv-9173(ER)

Dear Judge Ramos:

Plaintiffs seek permission to file a *corrected* CD consisting of the exhibits filed under seal in support of Plaintiffs' Motion for Partial Summary Judgment (ECF No. 455). Specifically, please note that 1) Exhibit 49 will be replaced with the correct documents, and 2) Exhibits 33 and 34 will be corrected to properly reference the two Depositions of "R.T;" *corrected* Exhibit 33 would be "Deposition of [R.T.] April 1, 2015" and *corrected* Exhibit 34 would be "Deposition of [R.T.] II September 12, 2017." References to Exhibits 33 and 34 were inadvertently reversed in the Declaration of Kathleen Konopka ("Konopka Declaration") (ECF No. 456) and the Supplement to Declaration of Kathleen Konopka List of Exhibits Filed Under Seal ("List of Exhibits Filed Under Seal") (ECF No. 456-5).

Finally, please note that the Konopka Declaration and the List of Exhibits Filed Under Seal inadvertently reference Exhibits 157 and 170, these Exhibits are not cited in Plaintiffs' 56.1 statement and were not included in the original CD nor do we intend to include them on the *corrected* CD. Please disregard the references to Exhibits 157 and 170 in the Konopka Declaration and List of Exhibits Filed Under Seal.

We apologize to Your Honor for any inconvenience.

Respectfully,

Brant Campbell
Assistant Attorney General

Cc: Counsel of Record via ECF