STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD                                          DIVISION OF ECONOMIC JUSTICE
    ATTORNEY GENERAL

September 24, 2018

**By ECF**
Hon. Edgardo Ramos
United States District Court, S.D.N.Y.
40 Foley Square, Courtroom 619
New York, New York 10007

RE:    ***The City of New York and The People of the State of New York v. FedEx
        Ground Package System, Inc.*, No. 13-cv-9173 (ER)**

Dear Judge Ramos:

Plaintiffs the City of New York ("City") and the People of the State of New York ("State") write to inform the Court that we intend to dismiss our RICO claims pursuant to 18 U.S.C. §§ 1962(c)[1] and 1962(d)[2], and will not pursue those claims at trial. Accordingly, FedEx should not be permitted to reference the RICO claims at trial or to introduce evidence in support of any defenses FedEx asserted against the claims. *See Dial Corp. v. News Corp.*, 2016 WL 690868, at *2 (S.D.N.Y. Feb. 17, 2016) (noting that courts in the Second Circuit "repeatedly issued in limine orders precluding [evidence of voluntarily dismissed claims]"); *Gorbea v. Verizon N.Y., Inc.*, 2014 WL 2916964, at *2 (E.D.N.Y. June 25, 2014) (citing FRE 401 to preclude evidence of "previously dismissed claims" because they "are not 'of consequence in determining the action' and therefore will be excluded").

In addition, Plaintiff State informs the Court that it will no longer object to the AOC claim[3] being tried to the jury, with penalty amounts, if any, to be decided by the Court.

Finally, I write to inform the Court that Kathleen Konopka has left the employment of the Office of the Attorney General, and that I will be joining the trial team in her place.

---

[1] Second Claim for Relief, Plaintiffs' Amended Complaint in 1:13-cv-9173 (FedEx I), Dkt. No. 13; Second Claim for Relief, Plaintiffs' Second Amended Complaint in 1:14-cv-08985 (FedEx II), Dkt. No. 74.

[2] Third Claim for Relief, Plaintiffs' Amended Complaint in 1:13-cv-9173 (FedEx I), Dkt. No. 13; Third Claim for Relief, Plaintiffs' Second Amended Complaint in 1:14-cv-08985 (FedEx II), Dkt. No. 74.

[3] Eighth Claim for Relief, Plaintiffs' Amended Complaint in 1:13-cv-9173 (FedEx I), Dkt. No. 13; Fifth Claim for Relief, Plaintiffs' Second Amended Complaint in 1:14-cv-08985 (FedEx II), Dkt. No. 74.

Hon. Edgardo Ramos
September 24, 2018

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

/s/ Manisha M. Sheth
Manisha M. Sheth
Executive Deputy Assistant Attorney General for
the Economic Justice Division

Cc:  Counsel of Record (via ECF)