

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE

September 28, 2018

**By ECF**
Hon. Edgardo Ramos
United States District Court, S.D.N.Y.
40 Foley Square, Courtroom 619
New York, New York 10007

    RE:   *The City of New York and The People of the State of New York v. FedEx Ground Package System, Inc.*, **No. 13-cv-9173 (ER)**

Dear Judge Ramos:

    Plaintiffs the City of New York and the People of the State of New York write to oppose Defendant FedEx Ground's letter request seeking a delay of the trial, which has been scheduled for over a year. Dkt. No. 336 at 61 (Transcript of Proceedings of June 14, 2017). Plaintiffs are prepared to proceed with the trial of this action as scheduled on October 9.

    Defendant incorrectly argues that an "additional week will allow the parties time to review the Court's forthcoming opinion and recalibrate the presentation of their cases." The Court specifically provided the parties with the necessary guidance to aid their trial preparation in its September 27, 2018 Order. That Order significantly narrowed the scope of the trial to damages. We expect that the Court's forthcoming opinion will simply explain the basis for the Court's rulings in that Order. As such, there is no reason for an additional week to "recalibrate" the trial presentation.

    Accordingly, Plaintiffs respectfully request that the Court deny Defendant's request.

    Respectfully submitted,

    /s/ Manisha M. Sheth
    Manisha M. Sheth
    Executive Deputy Assistant Attorney General for
    the Economic Justice Division

Cc:  Counsel of Record (via ECF)